**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DAWN GIDEON<br>Plaintiff<br>v.<br>CITY OF WAUKEGAN, et al.,<br>Defendants | FILED: MAY 7, 2008<br>08CV2618    PH<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Dawn Gideon

| | |
|---|---|
| NAME (Type or print)<br>Elliot Richardson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Elliot Richardson | |
| FIRM<br>HORWITZ, RICHARDSON & BAKER, LLC | |
| STREET ADDRESS<br>20 S. Clark St., Suite 500, Chicago, Illinois 60603 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256982 | TELEPHONE NUMBER<br>(312) 676-2100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |