**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 2618 |

DAWN GIDEON

v.

OFFICER BARRY GRABERT, et alia

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARRY GRABERT, MARK HARWOOD and CITY OF WAUKEGAN

| | |
|---|---|
| NAME (Type or print) |
| DANIEL P. FIELD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Daniel P. Field |
| FIRM |
| SCARIANO, HIMES AND PETRARCA |
| STREET ADDRESS 209 WEST MADISON STREET |
| CITY/STATE/ZIP |
| WAUKEGAN. IL 60085-4345 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0800597 | TELEPHONE NUMBER 847-662-5800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |