IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAWN GIDEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2618 |
| | ) | |
| OFFICER BARRY GRABERT #737, | ) | Judge Joan H. Lefkow |
| OFFICER HARWOOD and the | ) | |
| CITY OF WAUKEGAN, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2008, I electronically file the Appearance for defendants Barry Grabert, Mark Harwood and City of Waukegan with the Clerk of the court using using the CM/ECF system which will send notification of such filing to the following:

    Blake Horwitz        bhorwitz@hrbattorneys.com

Respectfully submitted,

By:    s/Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com