AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAWN GIDEON, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER BARRY GRABERT #737, OFFICER HARWOOD, and the CITY OF WAUKEGAN, <br><br> Defendants. | No. 08CV2618 <br><br> Judge JUDGE LEFKOW <br> Magistrate Judge <br> MAGISTRATE JUDGE VALDEZ |
| To: Officer Harwood <br> c/o Waukegan Police Department <br> 420 Robert V. Sabonjian Place <br> Waukegan, IL 60085 | |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk                                    Date

**Michael W. Dobbins, Clerk**

_/s/ signature_
(By) DEPUTY CLERK



May 7, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action    08 CV 2618

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Date 6/13/08 |
| NAME OF SERVER (PRINT) John Rafferty | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. Harwood c/o ~~Officer Harris~~ B. White (Records Dept.)
Waukegan Police Department
420 Robert V. Sabonijan Pl. Waukegan, IL 60085

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  6/13/08   *[signature: John Rafferty]*
             Date       Signature of Server

c/o Metro Service Inc.   4647 W 103rd St
Address of Server        Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.