## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dawn Gideon
        Plaintiff,

v.                Case No.: 1:08−cv−02618
               Honorable Joan H. Lefkow

Barry Grabert, et al.
        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 22, 2008:

  MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/22/2008 and continued to 9/16/2008 at 09:30 AM. Oral motion of defendant The City of Waukegan to extend the time to 8/5/2008 to answer or otherwise plead to the complaint is granted. Fact discovery ordered closed by 11/19/2008.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.